IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BERNETTA ADOLPH,

      Plaintiff,

v.

WELLS FARGO BANK, N.A.. et al.,

      Defendant.

_____/

No. C 13-0302 RS

**ORDER VACATING HEARING AND EXTENDING BRIEFING**

      The request of *pro* se plaintiff Bernetta Adolph for additional time to file opposition to the pending motion to dismiss is granted. The hearing set for May 2, 2013 is vacated. Any opposition shall be filed no later than May 10, 2013. Any reply shall be filed within seven days thereafter. The matter will then be submitted for decision without oral argument unless subsequently otherwise ordered.

IT IS SO ORDERED.

Dated: 4/26/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE