IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BERNETTA ADOLPH,

      Plaintiff,

  v.

WELLS FARGO BANK, N.A.. et al.,

      Defendants.

_____/

No. C 13-0302 RS

**ORDER DISMISSING ACTION**

On June 19, 2013, the complaint in this action was dismissed, with leave to amend. Plaintiff Bernetta Adolph was expressly advised that if no amended complaint were filed on or before July 31, 2013, the action would be dismissed without further notice. Adolph has filed no amended complaint and has not otherwise responded to the order. Accordingly, this action is hereby dismissed, and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: 8/19/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE